## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **MALITA N. DAVIS** | |
|       **PLAINTIFF** | Civil Action No. 3:14CV-00422-JHM |
| v. | CHIEF JUDGE JOSEPH H. MCKINLEY, JR. |
| **BROOKS LAW OFFICE** | |
|       **DEFENDANT** | |

### JUDGMENT

Consistent with the Plaintiff's filing of Notice of Acceptance of Defendant's Offer of Judgment [DN 7],

**IT IS ORDERED** that judgment be entered in favor of the Plaintiff against Defendant Brooks Law Office; that Plaintiff recover from Defendant the amount of One Thousand and One Dollars and 00/100 ($1,001.00), exclusive of costs and reasonable attorney's fees.

VANESSA L. ARMSTRONG, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Date: __Oct 27, 2014____   By: _/s/ Erica A. Skinner_____
                                                            Erica A. Skinner, Deputy Clerk

Copies to:   Counsel of record