# EXHIBIT:

# INVOICE

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-02-14 | Davis-FDCPA | Meet with client. Go over documents. Pull and review credit report | 1.00 | $250.00 | $250.00 |
| JUN-07-14 | Davis-FDCPA | Begin drafting complaint. Review case law on 1692e(13)--documents represented as legal process | 1.50 | $250.00 | $375.00 |
| JUN-08-14 | Davis-FDCPA | Finish drafting complaint. Draft civil cover sheet and summons. | 1.00 | $250.00 | $250.00 |
| JUN-08-14 | Davis-FDCPA | Fee for filing complaint | 1.00 | $400.00 | $400.00 |
| JUN-09-14 | Davis-FDCPA | Postage for serving complaint | 1.00 | $12.50 | $12.50 |
| JUN-24-14 | Davis-FDCPA | Review answer filed by Defendant | 0.30 | $250.00 | $75.00 |
| JUL-08-14 | Davis-FDCPA | Review letter from opposing counsel | 0.20 | $250.00 | $50.00 |
| SEP-12-14 | Davis-FDCPA | Review Rule 16 Order. Calendar dates. | 0.20 | $250.00 | $50.00 |
| SEP-23-14 | Davis-FDCPA | Email settlement offer to opposing counsel | 0.10 | $250.00 | $25.00 |
| SEP-24-14 | Davis-FDCPA | Review email from opposing counsel. Send response. | 0.30 | $250.00 | $75.00 |
| SEP-25-14 | Davis-FDCPA | Draft and email proposed rule 26 report | 0.30 | $250.00 | $75.00 |
| OCT-03-14 | Davis-FDCPA | Draft first set of discovery requests: RFA's and Interogs. Review and search for go-by's on the net. Review KY Courtnet for cases actually filed by brooks law office or PSI Louisville. Structure requests to isolate the issue of whether Brooks is a debt collector and how many cases that Brooks and/or PSI actually filed. Edit and serve first set of discovery requests | 3.50 | $250.00 | $875.00 |
| OCT-08-14 | Davis-FDCPA | Review offer of judgment | 0.20 | $250.00 | $50.00 |
| OCT-20-14 | Davis-FDCPA | Draft and file Offer of Acceptance | 0.40 | $250.00 | $100.00 |
| | | Total amount of this invoice | | | $2,662.50 |